UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| THOMAS D. CHAPPELL, Institutional ID No. 33628,  Plaintiff, | |
| v. | No. 6:20-CV-00092-H |
| TOM GREEN COUNTY DETENTION CENTER, *et al.*,  Defendants. | |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated January 8, 2021.

_____
JAMES WESLEY HENDRIX
United States District Judge